Young *v*. Ross et ux.

———————

ELIJAH YOUNG, Adm'r, etc., et al. *v*. GEORGE A. ROSS and WIFE.

EXECUTOR AND ADMINISTATOR: DISTRIBUTION.—Distribution of an intestate's estate cannot be compelled until after the lapse of one year from the date of the grant of letters of administration; and the rule is the same if the intestate be a minor.

APPEAL from the Probate Court of Madison county. Hon. A. P. Hill, judge.

The appellees filed their petition in the court below, against the administrator and distributees of Edwin F. Nash, deceased, seeking distribution of his estate. It appeared from the petition that letters of administration on his estate, had not been granted for twelve months preceding the institution of the suit. The petitioners alleged as a reason why distribution should be then made, that said Edwin F. Nash, at the time of his death was a minor and not indebted, nor was their any lien or incumbrance on his property; and they averred that it would be to the interest of all parties concerned to make distribution immediately.

The administrator demurred to the petition, which being overruled he answered, and on final hearing the court decreed that distribution be made.

The administrator and his co-defendant appealed.

*T. C. Tupper*, for appellants.

*Franklin Smith*, for appellees.

FISHER, J., delivered the opinion of the court.

This is an appeal from a decree of the Probate Court of Madison county.

The appellees as distributees of the estate of Edwin F. Nash, deceased, filed their petition for the purpose of compelling the administrator to make distribution. The defence set up was that the petition was filed in less than a year after the grant of letters of administration.

Upon examination of the statute, we are satified that the administrator could not be compelled to make distribution until after the expiration of one year from the grant of letters of administration. The demurrer ought therefore to have been sustained.

The decree on all the other questions is in our opinion correct.

Decree reversed, demurrer sustained, and petition dismissed.